

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Mario Tunchez | * | |
| VS | * | C.A. NO. B-02-098 |
| United States of America | * | |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before July 22, 2002. Said response shall include the transcript of the trial/plea record.

DONE at Brownsville, Texas, this 22nd day of May 2002.

Felix Recio
United States Magistrate Judge