UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIO TUNCHEZ, | ) | |
| | ) | |
|     Petitioner | ) | |
| | ) | |
| vs. | ) | Civil Action No. B-02-098 |
| | ) | (Criminal No. B-98-158) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Respondent | ) | |

### PETITIONER'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Petitioner, Mario Tunchez, by appointed CJA counsel, and hereby gives notice of an appeal in this matter and that the undersigned will seek a certificate of appealability from the U.S. Court of Appeals for the Fifth Circuit.

Respectfully submitted,

Jon Karl Schmid
Attorney at Law
1201 E. Van Buren
P. O. Box 350
Brownsville, Texas 78522-0350
(956) 542-7441
Southern Dist. Tx. Bar #21303
Colorado State Bar #015224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate photocopy of the foregoing Notice of Appeal has been hand-delivered to the following counsel of record for the respondent, addressed as follows:

>Mark Dowd, Esq.
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>   for the Southern District of Texas,
>   Brownsville Division
>Garza-Vela Court House
>600 E. Harrison St.
>Brownsville, Texas 78521

Dated at Brownsville, Texas this 30th day of August, 2002.

*[signature]*