**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

SEP 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIO TUNCHEZ | * |
| | * |
| VS | *   C.A. NO. B-02-098 |
| | *   (Cr. No. B-98-158) |
| UNITED STATES OF AMERICA | * |

## MINUTE ENTRY

The Court takes notice of the Petitioner's Notice of Appeal and intent to seek a certificate of appealability from the Fifth Circuit Court of Appeals, as allowed by 28 U.S.C. § 2253.

The Court finds no further action is needed in this matter.

DONE at Brownsville, Texas, this 11th day of September 2002.

Felix Recio
United States Magistrate Judge