UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIO TUNCHEZ, ) | |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | Civil No. B-02-CV-98 |
| ) | (CR B-98-158-02) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

### UNOPPOSED MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Applicant, Mario Tunchez, represented by counsel, and hereby moves, without opposition by the Respondent, to permit the Application for Certificate of Appealability filed on November 6, 2002 (Docket Doc. No. 10) to be considered as the applicant's application for COA rather than construing the Notice of Appeal as applicant's application for a COA, and hereby states to this Honorable Court as follows:

I.   Procedural Review.

1.   On May 13, 2002, the petitioner filed a motion pursuant to 28 U.S.C. § 2255 that was denominated (due to a misunderstanding) as an "Amended Motion," even though no other motion had ever been filed. *See* Docket Doc. No. 1.

3.  The government was ordered to respond to such motion, *see* Docket Doc. No. 2, and the government filed an answer. *See* Docket Doc. No. 3.

4.  The Magistrate Judge issued a first report and recommendation that the § 2255 motion be denied. *See* Docket Doc. No. 4. Adopting such recommendation after independent review, the District Court denied the § 2255 motion in an order entered on August 16, 2002. *See* Docket Doc. No. 6. The petitioner timely filed a notice of appeal on August 30, 2002. *See* Docket Doc. No. 7.

5.  On September 11, 2002, the Magistrate Judge entered a minute order, recognizing that a notice of the appeal had been filed and noting that "no further action" was needed on the part of the district court in this matter. *See* Docket Doc. No. 8.

6.  On October 16, 2002, the Magistrate Judge *sua sponte* construed the petitioner's Notice of Appeal as his application for a COA. *See* Magistrate Judge's (second) Report and Recommendation (Docket Doc. No. 9).

7.  On November 6, 2002, the applicant filed a document entitled "Application for Certificate of Appealability." *See* Docket Doc. No. 10.

8.  On November 12, 2002, the applicant filed a motion to strike the Magistrate Judge's (second) Report and Recommendation (Docket Doc. No. 9) as premature. The government opposes such motion.

II.

9. The government agrees only that the Application for Certificate of Appealability filed on November 6, 2002, be considered as the applicant's application for COA rather than construing the Notice of Appeal as applicant's application for a COA.

III.

It is respectfully requested that the Court take judicial notice of the documents in its files regarding this matter pursuant to Fed. R. Evid. 201.

CONCLUSION

WHEREFORE, premises considered, the applicant respectfully requests this Honorable Court to grant this unopposed motion and enter an order that permits the Application for Certificate of Appealability filed on November 6, 2002 (Docket Doc. No. 10) to be considered as the applicant's application for COA rather than construing the Notice of Appeal as applicant's application for a COA.

Respectfully submitted,

*Jon Karl Schmid*
Jon Karl Schmid
Attorney at Law
1201 E. Van Buren
P. O. Box 350
Brownsville, Texas 78522-0350
(956) 542-7441
Attorney for Applicant
Southern Dist. Tx. Bar #21303
Colorado State Bar #015224

## CERTIFICATE OF CONSULTATION AND SERVICE

The undersigned hereby certifies that he has consulted with Mr. Mark Dowd, Esq., counsel for the respondent, and that the government does not oppose this motion and, further, that a true and accurate photocopy of the foregoing motion has been hand-delivered to the following counsel of record for the respondent, addressed as follows:

> Mark Dowd, Esq.
> Assistant U.S. Attorney
> Office of the U.S. Attorney
>     for the Southern District of Texas,
>     Brownsville Division
> Garza-Vela Court House
> 600 E. Harrison St.
> Brownsville, Texas 78521

Dated at Brownsville, Texas this 12th day of November, 2002.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIO TUNCHEZ, )
 )
    Petitioner )
 )
vs. ) Civil Action No. B-02-098
 ) Criminal No. B-98-158
UNITED STATES OF AMERICA, )
 )
    Respondent )

### ORDER on UNOPPOSED MOTION TO SUBSTITUTE

THIS HONORABLE COURT, having considered the within unopposed motion and being advised in the premises, HEREBY ORDERS THAT:

The motion is hereby granted and the Application for Certificate of Appealability filed on November 6, 2002 (Docket Doc. No. 10) shall be considered as the applicant's application for COA rather than construing the Notice of Appeal as applicant's application for a COA; [or]

The motion is hereby denied.

Done at Brownsville, Texas, this _____ day of _____ , 2002.

- - - - - - - - - - - - - - - - -
BY THE COURT

Entered on the docket this \_\_\_\_ day of _____ , 200 \_\_ ,
by deputy clerk: _____ .