IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO TUNCHEZ, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-98 |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED, that on December 3, 2002, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio. Subsequent to the Magistrate Judge's Amended Report and Recommendation [Dkt. No. 14], Petitioner filed an Unopposed Motion for Leave to Amend the Certificate of Appealability [Dkt. No. 16]. This case is referred for review of Petitioner's Amended Application for Certificate of Appealability [Dkt. No. 16].

DONE at Brownsville, Texas, this 3rd day of December, 2002.

Hilda G. Tagle
United States District Judge