UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIO TUNCHEZ,<br>Petitioner, | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. B-02-098 |
| | §    CRIMINAL NO. B-98-158 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ |

## ORDER

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Second Amended Report and Recommendation is hereby ADOPTED. The Petitioner's Amended Application for a Certificate of Appealability is hereby DENIED. The United States District Clerk's Office is hereby ORDERED to close this case.

DONE at Brownsville, Texas this ___5___ day of ___February___, 2003.

Hilda Tagle
United States District Judge