**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIO TUNCHEZ | * | |
| VS | * | Civil No. B-02-098 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-158) |

### ORDER OF ADMINISTRATIVE TRANSFER

Due to conflict of interest, the above-captioned and numbered cause of action is hereby transferred to United States Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 2nd day of September 2003.

Felix Recio
United States Magistrate Judge