27

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| MARIO TUNCHEZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-02-098 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-158 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Mario Tunchez ("Tunchez") has filed a Motion for Leave to Supplement Section 2255 Motion. (This pleading is under Docket No. 24). For the reasons stated below, it should be dismissed for want of jurisdiction.

### BACKGROUND

Tunchez was convicted in 1998 for multiple drug violations in Cause No. Cr. B-98-158. He exhausted all his appeals. A timely 28 U.S.C. § 2255 Motion was filed on May 10, 2002. On July 29, 2002, Hon. Felix Recio submitted a Report and Recommendation (Docket No. 4) recommending that the § 2255 Motion be denied. On August 16, 2002, Hon. Hilda Tagle, U.S. District Judge adopted the Report and Recommendation (Docket No. 6). Subsequently, Tunchez filed additional pleadings in this case the substance of which is not relevant to the issues presented in the Motion for Leave to Supplement Section 2255 Motion.

Included in those pleadings was a request for a Certificate of Appealability (Docket No. 10) which was amended (Docket No. 16). Judge Recio submitted another Report and Recommendation (Docket No. 21) recommending denial of the amended Certificate of Appealability. This Report and Recommendation was adopted by Judge Tagle (Docket No. 23). Tunchez appealed the denial of his

Application for a Certificate of Appealability to the Fifth Circuit Court of Appeals. On August 5, 2003, the Fifth Circuit denied his Motion for a Certificate of Appealability. (Docket No. 25).

While this issue was pending before the Fifth Circuit, Tunchez filed the Motion for Leave to Supplement his Section 2255 Motion. (Docket No. 24).

## RECOMMENDATION

The Motion for Leave to Supplement Section 2255 Motion is, in reality, a successive § 2255 motion. Tunchez has not filed a motion in the Fifth Circuit seeking permission to file a successive motion as required by 28 U.S.C. §§ 2255 and 2244. This court is without jurisdiction to consider Tunchez's Motion. It should, therefore, be dismissed without prejudice.

IT IS THEREFORE **RECOMMENDED** that Mario Tunchez's Motion for Leave to Supplement Section 2255 be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 9th day of September, 2003.

_____
John Wm. Black
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO TUNCHEZ,<br>　Plaintiff-Petitioner, | §<br>§<br>§ | CIVIL ACTION NO. B-02-098 |
| VS. | §<br>§ | CRIMINAL NO. B-98-158 |
| UNITED STATES OF AMERICA,<br>　Defendant-Respondent. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 9, 2003, should be adopted and the Motion for Leave to Supplement Section 2255 Motion (Docket No. 24) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

DONE in Brownsville, Texas, on this _____ day of _____, 2003.

_____
Hilda G. Tagle
United States District Judge