IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARIO TUNCHEZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-02-098 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-158 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 9, 2003, should be adopted and the Motion for Leave to Supplement Section 2255 Motion (Docket No. 24) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

DONE in Brownsville, Texas, on this 6th day of October, 2003.

_____
Hilda G. Tagle
United States District Judge