September 6, 2008

U.S. District Court
Southern District of Texas
Office of the Clerk of Court
600 E. Harrison Street #101
Brownsville, TX    78520

United States District Court
Southern District of Texas
FILED

SEP 11 2008

Michael N. Milby, Clerk of Court

Re: U.S. v. Mario Tunchez, Crim# B-98-CR-158
                                §2255 # B-02-098

Dear Honorable Clerk of Court:

This letter is written to check the status of my § 2255 motion before the Court. I was transferred from USP Beaumont, TX, a few month ago and sent an address change, but have not heard anything from the Courts. We were experiencing mail problems at USP Beaumont and now that seem to be happening at this prison. Could your office please send me an up-dated docket sheet that will reflect the status and history of my §2255 motion and criminal case.

Thank you for your time and concern in this matter.

Respectfully,

Mario Tunchez
#77910-079
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635


cc: REtained

